IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01609-PAB-CBS

TRACY LYNN STEVENSON,

    Plaintiff,

v.

SCHNEIDER ELECTRIC U.S.A., INC.,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on a Motion to Dismiss [Docket No. 15] filed by defendant Schneider Electric U.S.A., Inc. On January 6, 2014, plaintiff's amended complaint [Docket No. 20] was accepted for filing. Thus, as of January 6, 2014, the operative pleading is plaintiff's amended complaint. Defendant's motion to dismiss is therefore directed at an inoperative, superseded pleading. *See, e.g., Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir. 1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading it modifies . . . .") (internal quotation marks omitted). As such, defendant's motion to dismiss is moot. Therefore, it is

    **ORDERED** that defendants' motion to dismiss [Docket No. 15] is **DENIED** without prejudice as moot.

    DATED January 6, 2014.