IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-01609-PAB-KMT | Date: | February 27, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

TRACY LYNN STEVENSON,                           Norman Beecher (by telephone)

   Plaintiff,

v.

SCHNEIDER ELECTRIC U.S.A., INC.,                Jennifer Harpole
                                                                                             Darren Nadel

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:03 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Also present on the phone, Plaintiff Tracy Stevenson.

**ORDERED: Plaintiff's Motion for One-Day Extension on Expedited Briefing Schedule [98] is GRANTED. Mr. Beecher is ORDERED to attend a formal training session in CM/ECF through the Clerk's Office of the United States District Court for the District of Colorado within the next 30 days. A status report shall be filed afterwards indicating the particulars of his attendance and certifying the same.**

Discussion and argument regarding litigating the garnishment claims, state court case with respect to the garnishment claims, and Plaintiff's surreply [103].

**ORDERED: Defendant's Motion for Protective Order and Request for Expedited Briefing [93] is DENIED. Discovery is relevant under Rule 26 and a stay is not in place in the case. District Judge Brimmer will decide the propriety of a stay on discovery.**

Discussion and argument regarding Plaintiff's privilege log, fiduciary duties, damage calculations, documents with respect to the medical release, and medical expenses.

**ORDERED:   Defendant's Motion to Compel Discovery Responses and for Expenses [80] is GRANTED IN PART.**

- **Plaintiff shall provide a written update to the 2/20/12 entry on the privilege log and follow up with Defendant's counsel, as discussed, by March 3, 2015.**

- **Interrogatory 7 – Plaintiff shall provide a supplementation, as discussed, on or before March 13, 2015.**

- **Interrogatory 14 – Plaintiff shall provide a full calculation of damages for the case as of February 27, 2015 to the extent possible, as discussed, on or before March 13, 2015.**

- **Interrogatory 17 – Defendant shall produce documents to Plaintiff with respect to the medical release on or before close of business March 2, 2015.  Plaintiff shall provide Defendant with an itemization of medical expenses on or before March 13, 2015.**

**11:01 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:58

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.